IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DESHA INSURANCE INC.**                                                                                          **PLAINTIFF**

v.                                       **CASE NO. 2:24-CV-00112-BSM**

**COLUMBIA INSURANCE GROUP INC.**                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of August 2024.

_____
UNITED STATES DISTRICT JUDGE